JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Heriberto Valdivia,<br><br>    Defendant | No. CV A 12-6461<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Heriberto Valdivia, in the principal amount of $2,351.97 plus interest accrued to July 24, 2012, in the sum of $2,913.15; with interest accruing thereafter at the daily rate of $0.61 until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$5,265.12**.

DATED: 11/6/2012                    By: TERRY NAFISI
                                        Clerk of the Court

                                        [signature]
                                        Deputy Clerk
                                        United States District Court