JS-6

JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Heriberto Valdivia,<br><br>　　　　Defendant | No. CV A 12-6461<br><br><br>CONSENT JUDGMENT |

　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Heriberto Valdivia, in the principal amount of $2,351.97 plus interest accrued to July 24, 2012, in the sum of $2,913.15; with interest accruing thereafter at the daily rate of $0.61 until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$5,265.12**.

DATED: 11/6/2012　　　　　　　By: TERRY NAFISI
　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　United States District Court

Page 5